IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY L. SCHERMERHORN, et al.,

    Plaintiffs,               No. CIV S-06-1029 DFL GGH P

    vs.

BILL LOCKYER, et al.,

    Defendants.          ORDER

_____/

        On September 6, 2006, plaintiffs filed objections to the magistrate judge's order filed August 10, 2006, severing their actions and ordering them to show cause why their actions should not be construed as habeas corpus petitions. The court construes plaintiffs' objections to be a request for reconsideration. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that upon reconsideration, the order of the
2 magistrate judge filed September 6, 2006, is affirmed.
3 DATED: March 19, 2007

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE

sch1029.850