IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY L. SCHERMERHORN,

     Plaintiff,                          No. CIV S-06-1029 DFL GGH P

     vs.

BILL LOCKYER, et al.,

     Defendants.                  <u>ORDER</u>

_____/

        On August 10, 2006, the court ordered plaintiff to show cause within thirty days why this action should not be construed as a petition for writ of habeas corpus. On September 6, 2006, plaintiff filed a request for reconsideration of this order. On March 19, 2006, the District Court affirmed this order. Plaintiff's pending request for reconsideration of an order requiring further briefing did not relieve him of his duty to respond to this order. Accordingly, the court finds that plaintiff failed to respond to the August 10, 2006, order to show cause. This action is construed as a petition for writ of habeas corpus. Plaintiff is directed to file a habeas petition within twenty days.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is construed as a petition for writ of habeas corpus; within twenty days of the date of this order, plaintiff shall file a habeas corpus petition;

2. The Clerk of the Court is directed to send plaintiff the form for a habeas corpus petition pursuant to 28 U.S.C. § 2254.

DATED: 3/28/07                                       /s/ Gregory G. Hollows

                                                                UNITED STATES MAGISTRATE JUDGE

sch1029.ord