IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY L. SCHERMERHORN,

    Petitioner,                                     No. CIV S-06-1029 DFL GGH P

    vs.

BILL LOCKYER, et al.,                     ORDER AND

    Respondents.                       FINDINGS & RECOMMENDATIONS

_____/

        By order filed March 28, 2007, the court construed this action as a petition for writ of habeas corpus and ordered petitioner to file a habeas corpus petition within twenty days. The twenty day period has now expired, and petitioner has not filed a habeas corpus petition or otherwise responded to the court's order. Accordingly, the court recommends that this action be dismissed.

        On May 10, 2007, several prisoners who are not parties to this action filed a motion to dismiss. Because these prisoners are not parties, the motion to dismiss is disregarded.

        Accordingly, IT IS HEREBY ORDERED that the motion to dismiss filed May 10, 2007, is disregarded;

/////

/////

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 6/13/07                                          /s/ Gregory G. Hollows

                                                                    UNITED STATES MAGISTRATE JUDGE

sch1029.56